IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY DUNN                                                                                           PETITIONER

v.                                       Case No. 1:24-cv-1081

STATE OF ARKANSAS                                                                         RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Petitioner Larry Dunn's Motion to Dismiss Case (ECF No. 10) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Petitioner's Motion to Dismiss (ECF No. 10) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge